IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR165 |
| vs. | |
| CHRISTOPHER FRATER, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Christopher Frater (Filing No. 28). Seth W. Morris has filed an entry of appearance as retained counsel for Christopher Frater. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 28) will be granted.

Yvonne D. Sosa shall forthwith provide Seth W. Morris any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Christopher Frater's defense.

The clerk shall provide a copy of this order to Seth W. Morris.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge